UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 0:20-CV-62623-RKA

ROBIN GILL-SAMUEL,

    Plaintiff,

v.

SEVENTH AVENUE, INC.,

    Defendant.

_____/

## CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rules of Civil Procedure 7.1, defendant, Seventh Avenue, Inc., discloses that Seventh Avenue, Inc. is a subsidiary of Colony Brands, Inc., a privately owned corporation.

Dated: January 8, 2021.

                                          QUARLES & BRADY LLP

                                          */s/ Zachary S. Foster*
                                          Zachary S. Foster, Esq.
                                          Florida Bar No. 111980
                                          zachary.foster@quarles.com
                                          101 E. Kennedy Blvd., Ste. 3400
                                          Tampa, FL 33602
                                          Phone: (813) 387-0300
                                          Facsimile: (813) 387-1800

                                          *Attorneys for Seventh Avenue, Inc.*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 8th day of January, 2021, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a Notice of Electronic Filing to the following counsel of record:

Amy Lynn Bennecoff Ginsburg
Kimmell & Silverman, P.C.
30 East Butler Pike
Ambler, PA 19002
teamkimmel@creditlaw.com
*Counsel for Plaintiff*

*/s/ Zachary S. Foster*
Zachary S. Foster
